UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina corporation,<br><br>   Plaintiff,<br><br>v.<br><br>ELOY BUSINESS PARK, LLC, a Nevada limited liability corporation; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | 2:12-CV-01679-LRH-PAL<br><br>ORDER |

Before the court is Defendants Eloy Business Park, LLC; Yoel Iny (individually and as trustee of the Y&T Iny Family Trust); Noam Schwartz (individually and as trustee of the Noam Schwartz Trust); and D.M.S.I., LLC's ("Defendants") Notice of Decisions by the Nevada Supreme Court and Motion to Lift Stay. Doc. #18.[1] Pursuant to the Court's December 13, 2012 Order, this action was stayed pending the resolution of related proceedings before the Nevada Supreme Court. Doc. #11. As the aforementioned proceedings before the Nevada Supreme Court have concluded,

---

[1] Refers to Court's docket number.

1 the Court hereby grants Defendants' Motion to Lift Stay.  *See* Doc. #18.

2      IT IS THEREFORE ORDERED that Defendants' Motion to Lift Stay (Doc. #18) is
3 GRANTED.

4      IT IS SO ORDERED.

5      DATED this 19th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE