**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>ELOY BUSINESS PARK, LLC, a Nevada limited liability company, YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T INY FAMILY TRUST dated June 8, 1994; NOAM SCHWARTZ, Trustee of the NOAM SCHWARTZ TRUST dated August 19, 1999; D.M.S.I., L.L.C., a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO. 2:12-cv-01679-LRH-PAL<br><br>**O R D E R  REGARDING STIPULATION TO EXTEND DEADLINE TO FILE OPENING BRIEF REGARDING FAIR MARKET VALUE AND THE AMOUNT OF THE INDEBEDTNESS**<br><br>**(FIRST REQUEST)** |

      Plaintiff Branch Banking and Trust Company ("BB&T") and Defendants ELOY BUSINESS PARK, LLC; YOEL INY; NOAM SCHWARTZ; YOEL INY, Trustee of the Y&T Iny Family Trust dated June 8, 1994, as amended; NOAM SCHWARTZ, Trustee of the Noam

1  Schwartz Trust, dated August 19, 1999; and D.M.S.I., LLC (collectively "Defendants"), by and
2  through their undersigned counsel of record, hereby stipulate to extend the deadline to file their
3  opening briefs regarding fair market value and the amount of the indebtedness, as follows:

4      1. The Court filed an order on June 23, 2015 stating that the parties shall have thirty
5         (30) days from the issuance of the order to file opening briefs concerning the fair
6         market value of the property and the amount of the indebtedness at the time of the
7         foreclosure ("Opening Briefs).  *See* Doc. 77.

8      2. The parties hereby stipulate and agree to extend the deadline to file the Opening
9         Briefs to **August 21, 2015** in order to accommodate the schedule of counsel and
10        to allow sufficient time to prepare the same.

11     3. The parties further stipulate and agree to extend the deadline to file responses to
12        the Opening Briefs to **September 11, 2015**.

13     4. This request will not prejudice any party and is made without the purpose of
14        delay.  Furthermore, the parties make this stipulation in good faith and there is
15        good cause for the Court to approve this stipulation in order to accommodate the
16        schedule of counsel.

17 DATED July 20, 2015                                  DATED July 20, 2015

19    */s/ Brian G. Anderson*                                 */s/ E. Daniel Kidd*
   Jeremy J. Nork, Esq.                                 Randolph L. Howard, Esq.
20 Nicole E. Lovelock, Esq.                             Bart K. Larsen, Esq.
   Brian G. Anderson, Esq.                              E. Daniel Kidd, Esq.
21 HOLLAND & HART LLP                                   KOLESAR & LEATHAM
   9555 Hillwood Drive, 2nd Floor                       400 S. Rampart Blvd., Suite 400
22 Las Vegas, Nevada 89134                              Las Vegas, Nevada 89145

23 *Attorneys for Plaintiff*                            *Attorneys for Defendants*

**ORDER**

IT IS HEREBY ORDERED that the parties' Opening Briefs are due by **August 21, 2015.**

IT IS HEREBY ORDERED that the parties' responses to the Opening Briefs are due by **September 11, 2015**.

**IT IS SO ORDERED:**

DATED this 21st day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE