1
2
3
4
5
6
7
8
9

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF NEVADA**

12

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking

13

corporation,

14

Plaintiff,

15

v.

16

ELOY BUSINESS PARK, LLC, a Nevada
limited-liability company; YOEL INY; NOAM

17

SCHWARTZ; YOEL INY, Trustee of the Y&T
INY FAMILY TRUST dated June 8, 1994;

18

NOAM SCHWARTZ, Trustee of the NOAM
SCHWARTZ TRUST dated August 19, 1999;

19

D.M.S.I., L.L.C., a Nevada limited liability
company; and DOES 1 through 10, inclusive.

20

21

Defendants.

22

/ / /

23
24
25
26
27
28

CASE NO.:  2:12-cv-01679-LRH-PAL

**STIPULATION REGARDING FAIR
MARKET VALUE**

**AND**

**ORDER THEREON**

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate that on July 19, 2012, the fair market value of the property ("Property"), which is the subject of this litigation, was $600,000.00.  This stipulation shall constitute the entirety of the evidence that will be presented by Plaintiff and Defendants under NRS 40.457 regarding the fair market value of the Property as of the date of the sheriff's sale, which was on July 19, 2012.

**IT IS SO STIPULATED**.

DATED this 13th day of May, 2016.                    DATED this 13th day of May, 2016.


_____/s/_____              _____/s/_____
Jeremy J. Nork, Esq.                                        Bart K. Larsen, Esq.
Nicole E. Lovelock, Esq.                                   E. Daniel Kidd, Esq.
Holland & Hart LLP                                          Kolesar & Leatham
9555 Hillwood Drive, 2nd Floor                       400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89134                               Las Vegas, Nevada 89145

*Attorneys for Plaintiff*                                     *Attorneys for Defendants*



**IT IS SO ORDERED.**

DATED:_____May 16, 2016_____.


_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE