AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\***          DISTRICT OF     NEVADA

BRANCH BANKING AND TRUST
COMPANY,

     Plaintiff,

V.

ELOY BUSINESS PARK, LLC, *et al.*,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    2:12-cv-01679-LRH-PAL

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for attorney's fees and costs (ECF No. 97) is **GRANTED**.

     **IT IS FURTHER ORDERED AND ADJUDGED** that attorney's fees are awarded in favor of plaintiff Branch Banking and Trust Company and against defendants Eloy Business Park, LLC; Yoel Iny, individually, and as trustee of the Y&T Iny Family Trust dated June 8, 1994; Noam Schwartz, individually, and as trustee of the Noam Schwartz Trust dated August 19, 1999; and D.M.S.I., L.L.C. in the amount of $145,442.19. An award of non-taxable costs is also entered in favor of plaintiff and against defendants in the amount of $6,551.10.

   February 7, 2017                 **DEBRA K. KEMPI**
                                                           Clerk

                                                                  /s/  D. R. Morgan
                                                                      Deputy Clerk